**Affirmed and Majority and Concurring Opinions filed February 13, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00356-CR

---

### CLIFFORD WAYNE LAWS JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1683281**

---

## CONCURRING OPINION

Appellant's second issue, alleging error on the part of the court reporter and not the trial court, was not preserved for appellate review; therefore, I do not reach the merits on that issue. *See* Tex. R. App. P. 33.1(a)(1)(A). I join the majority on the merits of the first and third issues.

I concur in the judgment.

/s/    Charles A. Spain
       Justice

Panel consists of Justices Jewell, Spain, and Wilson (Jewell, J., majority).

Publish — Tex. R. App. P. 47.2(b).